UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MARCUS ADAMS
3215 FAIRFAX ROAD
MONTGOMERY, AL 36109

CASE NO: 16-32093-DHW

Soc. Sec. No. XXX-XX-3729
Debtor.

## INCOME WITHHOLDING ORDER

TO: PRESIDENTIAL SECURITY
P O BOX 1727
MONTGOMERY, AL 36102

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that PRESIDENTIAL SECURITY withhold from the wages, earnings, or other income of this debtor the sum of **$185.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**16-32093-DHW MARCUS ADAMS**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, August 8, 2016.

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge