IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

MARCUS ADAMS
SSAN: XXX-XX-3729

Debtor(s)

Case No. 16-32093-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 04, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held September 20, 2016.

(**X**) The plan is not feasible and payments need to be raised to $283.00 biweekly to be feasible.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 18, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: mckinneys@ch13mdal.com | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Acting Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 18, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>RICHARD D SHINBAUM | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Acting Chapter 13 Trustee |